ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **In the matter of the Application of NTR METALS ZONA FRANCA S.A.S., Petitioner, For an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondents GOOGLE, INC., TWITTER, INC., and AUTOMATTIC, INC. (Owner of WORDPRESS.COM) For Use In Criminal Proceedings Pending in Colombia.** | **Case No.** FILED OCT 03 2016 SUSAN Y. SOONG CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE NC CV 16 80214 MISC. |

**DECLARATION OF JOHN G. IANNARELLI IN SUPPORT OF *EX PARTE* APPLICATION FOR DISCOVERY IN AID OF FOREIGN LITIGATION PURSUANT TO 28 U.S.C. § 1782**

I, John G. Iannarelli, declare as follows:

1. I am the president of JGI Consulting Group, LLC ("JGI"), a company that provides private investigation services.

2. I am a retired Special Agent of the Federal Bureau of Investigation ("FBI") with more than twenty years of service, where I specialized in cyber investigations. During my time in the FBI, I was appointed to the FBI Headquarters Cyber Division Executive Staff, was then promoted to the FBI Phoenix Division as a Cyber Supervisor over a squad of cyber agents, and was ultimately promoted to the position of Assistant Special Agent in Charge overseeing all cyber investigation for the State of Arizona. During my FBI career I obtained specialized cyber training through the federal government and the private sector, resulting in the FBI classifying me as a Subject Matter Expert in the field of cyber investigations. For my contributions to this field I was also awarded an honorary doctorate degree in the field of Computer Science from Arizona's University of Advancing Technology. I am the published author of a college textbook on computer security, and for the past five years I have taught an undergraduate class related to cyber security. Since retiring from the FBI in 2015, I have operated a private consulting business

focusing on cyber-related matters. I have provided hundreds of presentations on the topic of cyber crime, including presentations to Fortune 500 companies, domestic and international audiences, the United Nations, and the Vatican, where I met personally with Pope Francis to discuss crimes committed via the computer. Finally, I have given hundreds of media interviews on cyber matters and am currently a regular on-camera contributor for several national news networks, including Fox News Channel and PBS.

3. In or around May 2016, JGI was retained by Elemetal, LLC ("Elemetal"), the parent company of NTR Zona Franca S.A.S ("NTR"), to investigate an unknown subject (the "Perpetrator") posting disparaging and threatening messages on the Internet regarding Elemetal, NTR and NTR personnel. Among other means, the Perpetrator was posting some of these messages on blogs hosted by wordpress.com ("Wordpress").

4. As part of JGI's investigation to determine the identity of the Perpetrator, JGI posted an Internet message in the comments section of one of the Perpetrator's disparaging Wordpress blog posts. The message was prepared in the local Spanish dialect of Colombia and was designed to appear to support the disparaging content of the Perpetrator's blog post. The message contained a link to a website created by JGI, and invited the Perpetrator to visit the website using that link. JGI then captured the Internet Protocol ("IP") addresses of those who visited the website using the link.

5. Based on my experience in investigating cyber crimes, a person posting negative commentary about a company or other persons on a blog (a "Negative Blogger") usually monitors the comments to his or her blog postings. Furthermore, if a comments provider claims to support the Negative Blogger's views and furnishes a link to another website that also supports the Negative Blogger's views, the Negative Blogger typically will click on the furnished link to access the other website and see what information it contains. Because, in my experience, a Negative Blogger usually is an active monitor of the comments to his or her blog postings, the Negative Blogger normally will "click through" to the other website within 72 hours.

6. Within the first 72 hours someone (or possibly more than one person) clicked on the link referenced in Paragraph 4 above from the following two IP addresses:

i. Google IP address 66.249.83.105

ii. Google IP address 66.249.83.245

7. The person using the Google IP address 66.249.83.245 also clicked on the link two additional times thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26 day of September, 2016.

JOHN G. IANNARELLI