ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FILED
OCT 03 2016
CLERK, U.S. DISTRICT COURT
SUSAN Y. SOONG
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| **In the matter of the Application of NTR METALS ZONA FRANCA S.A.S., Petitioner, For an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery, Pursuant to the Federal Rules of Civil Procedure, of Respondents GOOGLE, INC., TWITTER, INC., and AUTOMATTIC, INC. (Owner of WORDPRESS.COM) For Use In Criminal Proceedings Pending in Colombia.** | **Case No.** CV 16 80214 MISC. NC |

**DECLARATION OF SAMER BARRAGE, IN SUPPORT OF *EX PARTE* APPLICATION FOR DISCOVERY IN AID OF <u>FOREIGN LITIGATION PURSUANT TO 28 U.S.C. § 1782</u>**

I, Samer Barrage, declare as follows:

1. I am the President of NTR Metals Latin America, the parent company of Petitioner, NTR Metals Zona Franca S.A.S ("NTR"). In my role as President, I have assisted or directed others to assist the Colombian authorities in their investigation of the anonymous blogger posting disparaging comments about Elemetal, LLC, NTR and NTR personnel. I have personal knowledge of NTR's assistance in connection with the Colombian investigation, including information NTR has provided the Colombian authorities and their responses to the information provided by NTR.

2. Attached hereto as composite Exhibit A is a true and correct copy of the Denuncia Centro Cibernetico NTR submitted to the Office of Criminal Investigations and Interpol of the National Police of Colombia, along with an English translation thereof containing a certificate of accuracy.

3. Attached hereto as composite Exhibit B is a true and correct copy of the Ampliación de la Denuncia NTR submitted on February 1, 2016 to the District Prosecutor's Office in Bogota, Colombia, along with an English translation thereof containing a certificate of

accuracy.

4. Attached hereto as composite Exhibit C is a true and correct copy of the Orden Fiscalía General entered by the Office of the Prosecutor General in Bogota, Colombia on February 5, 2016, along with an English translation thereof containing a certificate of accuracy.

5. Attached hereto as composite Exhibit D are true and correct copies of the official letters sent by the Colombian National Police to Google, Inc., Wordpress.com and Twitter, Inc. ("Official Letters"), along with English translations thereof containing certificates of accuracy. NTR was provided copies of these letters by the Colombian National Police.

6. Attached hereto as composite Exhibit E are true and correct reproductions of the e-mails sent by Google, Inc. and Automattic, Inc. in response to the Official Letters. NTR was provided copies of these e-mails by the Colombian National Police.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30 day of September, 2016.

[signature]
SAMER BARRAGE