- https://ntrmetalszonafranca.wordpress.com/
- escobarandres73@gmail.com
- contabilidad042@gmail.com
- https://twitter.com/casontrmetals2
- https://twitter.com/caceriatrinos
- https://twitter.com/casontrmetals3
- https://twitter.com/casontrmetals4/

Together with this motion, we are attaching part of the information that has been published on the web, and therefore we respectfully request that all of the respective proceedings be done before the Office of the Prosecutor General, in order to clarify and identify the persons responsible for the facts presented herein.

For notifications, I may be contacted on cell number 1-305 720 3966, e-mail sbarrage@ntrmetals.com, and mailing address 8266 NW 14th St., Miami, Florida, 33126 and in Colombia, Km. 6 of the road to Yumbo, local central administrative building, Zona Franca del Pacifico [Pacifico Free Trade Zone], Palmira.

Cordially,
[signature] [fingerprint]

**SAMER BARRAGE**
**PASSPORT No. 4.82.123.762**

[signature] [fingerprint]

**SAID KAMLE BUSTOS**
**C.C. No. 94.515.732 issued in Cali**

[signature] [fingerprint]

**ANDRES NASSER**
**C.C. No. 94.511.883 from Cali**

CERT. MERRILL VER

**MERRILL CORPORATION**

Merrill Brink® International
1345 Avenue of the Americas
17th Floor
New York, NY 10105
212.620.5600
www.merrillbrink.com

| | | |
|---|---|---|
| State of New York<br>Estado de Nueva York | ) | |
| | ) | ss: |
| | ) | a saber: |
| County of New York<br>Condado de Nueva York | ) | |

## Certificate of Accuracy
## Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.
Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: September 22, 2016
Fecha: 22 de septiembre 2016

Yasushi Sasaki
Project Manager – Legal Translations
Merrill Brink International

__________[firmado]__________
Yasushi Sasaki
Gerente de Proyecto – Traducciones Legales
Merrill Brink International

Sworn to and signed before
Jurado y firmado ante
Me, this __22nd__ day of
mí, a los __22__ días del
__September__ 2016
mes de __septiembre__ de 2016

[illegible]
[illegible] New York
No. [illegible]7911
[illegible] Kings County
Commission Expires April 1, 201[illegible]

____________________
Notary Public
Notario Público

[firmado]
[sello]

Bogotá D.C. 15 de diciembre de dos mil quince (2015)

Rdo. PT. Deysi Berrio 16-12-2015 16:49

Señores

**CENTRO CIBERNÉTICO POLICIAL**

**DIRECCIÓN DE INVESTIGACIÓN CRIMINAL E INTERPOL**

**POLICÍA NACIONAL DE COLOMBIA**

**Avenida el Dorado 75 – 25 Barrio Modelia**

**Ciudad**

REFERENCIA: **DENUNCIA POR LOS DELITOS DE INJURIA -ARTÍCULO 220 DEL CÓDIGO PENAL-, CALUMNIA -ARTÍCULO 221 DEL CÓDIGO PENAL-, AGRAVADAS EN VIRTUD DEL ARTÍCULO 223 DEL CÓDIGO PENAL, SUPLANTACIÓN Y AMENAZAS.**

SAMER BARRAGE, mayor de edad e identificado como aparece al pie de mi firma, actuando en mi calidad de representante legal de NTR METALS ZONA FRANCA SAS, sociedad debidamente constituida bajo las leyes colombianas e identificada con NIT No. 900636603-6; SAID KAMLE BUSTOS, mayor de edad e identificado como aparece al pie de la firma, obrando en condición de ciudadano colombiano y ANDRÉS NASSER VELEZ, mayor de edad e identificado como aparece al pie de la firma, obrando en condición de ciudadano colombiano, nos dirigimos a ustedes con el fin de formular denuncia penal en contra de personas indeterminadas que resulten vinculadas como responsables en la investigación, por los hechos que se narran en este escrito, los cuales pueden adecuarse a las conductas típicas de **INJURIA -artículo 220 del Código Penal-, CALUMNIA -artículo 221 del Código Penal-, AGRAVADAS en virtud del artículo 223 del Código Penal** y todas aquellas otras que se lleguen a considerar.

Desde el año 2014, hemos venido siendo víctimas de suplantaciones a través de la creación de sitios web, cuentas de correo electrónico y perfiles en redes sociales con datos personales, fotografías, información empresarial y corporativa, para realizar injurias y calumnias, afectando significativamente nuestro buen nombre, dignidad personal y profesional, como también la reputación (good will) de la empresa ELEMETAL LLC.

Algunos de los estos perfiles falsos son los siguientes:

- https://orocolombia.wordpress.com/
- https://orocolombia1.wordpress.com/
- https://documentosprobatorios.wordpress.com/
- https://mdoverseasmoneylaudering.wordpress.com/

- https://ntrmetalszonafranca.wordpress.com/
- escobarandres73@gmail.com
- contabilidad042@gmail.com
- https://twitter.com/casontrmetals2
- https://twitter.com/caceriatrlnos
- https://twitter.com/casontrmetals3
- https://twitter.com/casontrmetals4/

Adjunto al presente escrito, nos permitimos anexar parte de la información que ha venido publicándose en la red, por lo cual solicitamos de manera comedida se realicen todos los tramites respectivos ante la Fiscalía General de la Nación, en aras de clarificar e identificar los responsables de los hechos aquí denunciados.

A efectos de notificación podre se contactado a través del numero celular 1-305 7203966, correo electrónico sbarrage@ntrmetals.com y dirección de correspondencia 8266 nw 14St Miami Florida 33126 y en Colombia Km 6 vía Yumbo edificio administrativo local central zona franca del pacifico Palmira.

Cordialmente,

SAMER BARRAGE

PASAPORTE No. 4.82.123.762

SAID KAMLE BUSTOS

C.C. No. 94.515.732 expedida en Cali

ANDRÉS NASSER

C.C. No. 94.511.883 de Cali

JAIME GRANADOS PEÑA
& Asociados S.A.S.



| | |
|---|---|
| DISTRICT PROSECUTOR'S OFFICE 131<br>EDA UNIT<br>LOCAL | *[illegible]*<br>*Feb. 1, 2016*<br>*2:30 p.m.* |

**REFERENCE:** **CASE No. 110016000057201500263**
**EXPANSION OF COMPLAINT**

**I, JAIME ENRIQUE GRANADOS PEÑA,** identified as shown below my signature, acting in my capacity as **ATTORNEY FOR SAMER BARRAGE,** legal representative of **NTR METALS ZONA FRANCA S.A.S, SAID KAMLE BUSTOS,** and **ANDRÉS NASSER VÉLEZ** (in accordance with the power of attorney which I attach[1]), VICTIMS in the referenced case, respectfully address myself to your office in order to submit **EXPANSION of the COMPLAINT** filed by my clients for conduct typical of **DEFAMATION [injuria] - article 220 of the Criminal Code, SLANDER [calumnia] - article 221 of the Criminal Code, AGGRAVATED by virtue of article 223 of the Criminal Code,** and all others that may come to be considered, **against unknown persons who may be associated as responsible in the investigation.**

## I. PRELIMINARY CHAPTER

NTR METALS ZONA FRANCA S.A.S. is a Colombian company established on July 8, 2013. Its corporate purpose is the acquisition of precious metals from previously-accepted suppliers (third parties)[2] for export, after undergoing the industrial process of metal smelting and refining. The material acquired by the company is exported, in full compliance with customs regulations, exclusively to its parent company in the United States, ELEMETAL LLC.

Thus, NTR METALS ZONA FRANCA S.A.S. does not participate in any activity involving extraction of the metals or intermediation.

---

[1] Attached as Exhibit 1 is the power of attorney conferred upon me, along with the certificate of existence and representation of NTR METALS ZONA FRANCA S.A.S.

[2] All of NTR METALS ZONA FRANCA S.A.S.' suppliers have passed the SARLAFT evaluation, to which they are subjected in advance in order to be able to contract with them, and [are also subject] to ongoing periodic evaluations.



CERT. MERRILL VER

## II. FACTS

1. As indicated in the complaint, since 2014 my clients and NTR METALS ZONA FRANCA S.A.S. have been victims of constant attacks on their honor and good name through social networks (Twitter), blogs, and e-mails, wherein unscrupulous persons with fake profiles have accused them of actions that constitute crimes and other violations of the legal system, causing very severe harm to their reputation.

2. The foregoing is part of an open defamatory campaign against my clients, intended exclusively to drive them out of the market in which they are highly successful - given their good practices and impeccable management of the business - trying to make the company close down.

3. On September 20, 2014, my clients received the first e-mail from denunciaoro@gmail.com, addressed to the account of my client, SAID KAMLE BUSTOS, and the account of NASSIF KAMLE (skamle@ntrmetals.com, nassif@telka.com.co), subject line: "SAID, THE GOLD MARKET IN COLOMBIA IS NOT A POKER GAME."[3]

4. According to the false statements in said e-mail, SAID KAMLE BUSTOS is part of a group of companies engaged in money laundering and the financing of terrorism, and the authors of the e-mail say that they have filed complaints with the authorities concerning the

From: denuncia oro <denunciaoro@gmail.com>
Date: September 20, 2014 14:14:09 GMT-5
To: nassif@telka.com.co, skamle@ntrmetals.com
Subject: SAID, THE GOLD MARKET IN COLOMBIA IS NOT A POKER GAME

You are part of the select group of companies through which money is laundered and terrorism is financed in Colombia. Your scheme is at the same level as the already-investigated John Uber Hernandez Santa and his company, Goldex. Although you are aware of what you are doing, I would like to refresh your memory a little with this information concerning how your colleagues and, of course, you, are acting:

http://orocolombia.wordpress.com/

http://www.caracol.com.co/noticias/regionales/denuncian-nuevas-amenazas-contra-un-periodista-del-bajo-cauca-antioqueno/20140915/nota/2415300.aspx

http://www.semana.com/nacion/articulo/terror-en-el-bajo-cauca/402644-3

http://lasillavacia.com/content/siguiendo-los-pasos-de-la-mineria-en-el-cauca-48380

The responsible control entities and the international accomplices have already been notified. Our team continues to work for peace in Colombia, and your actions work against that.

Just out of curiosity I would like to know [about] the payments made for industry and commerce, since sales from national customs territory to companies in duty-free zones are not exempt from the industry and commerce tax in Santiago de Cali, according to municipal resolution number 35 of 1985 and other applicable precepts.

---

[3] Attached as Exhibit 6.

case:

Just out of curiosity I would like to know [about] the payments made for industry and commerce, since sales from national customs territory to companies in duty-free zones are not exempt from the industry and commerce tax in Santiago de Cali, according to municipal resolution number 35 of 1985 and other applicable precepts.

According to item 1206 of 2011, issued by the Capital District of Bogotá which, despite being applicable locally, may be taken as a reference, sales to Duty-free zones are not exempt from the industry and commerce tax.

This, along with other complaints, is already in the hands of the responsible entities, so think about what you are doing and if it's really worth the trouble.

Your actions and your colleagues' actions don't scare us; we will not keep quiet until the public learns what's really behind that prestigious person:

http://www.caracol.com.co/noticias/regionales/cuatro-muertos-habria-dejado-enfrentamiento-de-bacrim-en-valle-del-cauca/20140131/nota/2067042.aspx

http://laorejaorilla.co/index.php/item/topos-guerrillero-y-paramilitares-fiebre-del-oro-en-el-valle

http://www.las2orillas.co/las-bacrim-la-nueva-amenaza/

Some of our complaints:

Dr. CLAUDIA FERNANDA RINCON PARDO
Director,
Dirección de Gestión de Fiscalización [Oversight Management Office]
crinconp@dian.gov.co
dir_fiscalizacion@dian.gov.co
Cordial greetings, Dr. Claudia Fernanda,
With Official Letter No. 1002 10226-2594, attached, we forward the e-mail of September 6, 2014 concerning accusation of tax evasion.
Sincerely,

ADRIANA PATRICIA ROJAS LOPEZ
Assistant Director, Foreign Trade Management (A)
National Directorate of Taxes and Customs - DIAN
e-mail: subdir_comercio_exterior@dian.gov.co
PBX 57 1 607 9800 ext. 10461
Direct 57 1 607 3574
Fax 57 1 607 3586
Carrera 7, No. 6C - 54 piso 2
Bogotá, Colombia

Copy: Mr. MICHAEL FABIANO
denunciaoro@gmail.com

5. The second defamatory e-mail was sent on November 24, 2015 from casontrmetals@gmail.com (using the name of my client, SAID KAMLE, as owner of said account), subject line: "*WHAT COLOR IS THE GOLD EXPORTED BY NTR METALS ZONA FRANCA S.A.S.?*"[4]

6. In the aforementioned e-mail, now addressed not just to SAID KAMLE BUSTOS and his brother, but also to other company officials, including my clients, ANDRÉS NASSER and SAMER BARRAGE, the company and its officials are falsely accused of participating in "*the promotion and collection of gold, the product of illegal mining in Colombia.*"

[4] Attached as Exhibit 6.

It also includes a report, **without basis and with completely false statements,** concerning the origin of the gold exported by NTR METALS ZONA FRANCA S.A.S., violations of the Duty-Free Zone regime and the tax regime, and commission of the punishable actions of money laundering, omission of withholding agent for taxes, and conspiracy.

7. The intention of those who sent the e-mail, to besmirch my clients' good name [by accusing them of] illegal activities and sending them directly to [my clients] is clear. Presumably this is to pressure them to close the business.

8. In December 2015 and January 2016, my clients received a total of 6 e-mails from casontrmetals@gmail.com and casontrmetals2@gmail.com, insisting on the false statements and accusing them of committing crimes of conspiracy, money laundering, [and] financing of terrorism, among others.

9. Following is the full list of e-mails received by my clients, copies of which are attached hereto in Exhibit 6:

| SUBJECT | SENDER | ADDRESSEES | DATE | REMARKS |
|---|---|---|---|---|
| SAID, THE GOLD MARKET IN COLOMBIA IS NOT A POKER GAME | denunciaoro@gmail.com | nassif@telka.com.co, skamle@ntrmetals.com | September 20, 2014 | First e-mail received with false accusations.<br><br>Found in the e-mail with subject Re: Fwd: SAID, THE GOLD MARKET IN COLOMBIA IS NOT A POKER GAME |
| Re: Fwd: SAID, THE GOLD MARKET IN COLOMBIA IS NOT A POKER GAME | saidkamle@gmail.com | denunciaoro@gmail.com, ALEJANDRO CASTAÑEDA, ANDRÉS NASSER, SAMER BARRAGE | September 21, 2014 | Said Kamle's response to the above e-mail |
| WHAT COLOR IS THE GOLD EXPORTED BY NTR METALS ZONA FRANCA S.A.S.? | casontrmetals@gmail.com | alejocastaneda1765@hotmail.com, ANDRÉS NASSER, SAMER BARRAGE, SAID KAMLE, nassif@telka.com.co, NORMA CARDOZO, chveno@bdo.com.co | November 24, 2015 | Message forwarded from e-mail re: WHAT COLOR IS THE GOLD EXPORTED BY NTR METALS ZONA FRANCA S.A.S.? |
| Re: WHAT COLOR IS THE GOLD EXPORTED BY NTR METALS ZONA FRANCA S.A.S.? | casontrmetals@gmail.com | alejocastaneda1765@hotmail.com, ANDRÉS NASSER, SAMER BARRAGE, SAID KAMLE, nassif@telka.com.co | December 7, 2015 | Two additional links to the above e-mail are sent. |

| | | | | |
|---|---|---|---|---|
| | | NORMA CARDOZO, chveno@bdo.com.co, ARWabogados@emcali.net.co, jidrovo@bdo.com.co | | |
| TEXAS NATIONAL THAT CAME TO COMMIT CRIMES IN COLOMIBA | casontrmetals2@gmail .com | mwinkler@bloomberg.net; awillis21@bloomberg.net; jweaver@miamiherald.com; bmonroe@acfcs.org; bkindle@acfcs.org; dguzman@acfcs.org; info@nationalarmoredcar.org; kbeer@acams.org; borsak@acams.org; cadams@acams.org; terry.gehring@cmegroup.com; joann.arena@cmegroup.com; rolando.valdes@transvalueinc.net; rolandov@ix.netcom.com; jesse.eggert@do.treas.gov; jesus.rodriguezjr@transvalueinc.net ; FRC@fincen.gov; CommunityOutreach@miamisao.c om; law@miamigov.com; TRegalado@ci.maimi.fl.us; VMendez@miamigov.com; lfgarcia@atlas.com.co; ccorredor@atlas.com.co; mgarcia@atlas.com.co; dircomercialantioquia@atlas.com.c o; sia@atlas.com.co; marsot@eltiempo.com.co; mortiz@riseup.net; oguesguan@elespectador.com; Carlos Rodriguez <crodrigu@dinero.com>; jricoa@semana.com; Samer Barrage <sbarrage@ntrmetals.com> | December 15, 2015 | Forwarding article published on the blog: https://ntrmetalszonafranca.wordp ress.com/ |
| MONEY LAUNDERING | casontrmetals2@gmail .com | saidkamle@gmail.com | January 15, 2016 | Forwarding of e-mail: Fwd: MONEY LAUNDERING |
| Is this a lie? | casontrmetals2@gmail .com | saidkamle@gmail.com | January 19, 2016 | Forwarding of e-mail: Fwd: IS THIS A LIE? |
| Fwd: is this a lie? | casontrmetals2@gmail .com | saidkamle@gmail.com | January 20, 2016 | Forwarding the above e-mail with notes about a false money laundering scheme |
| FAKE CERTIFICATE S OF ORIGIN AND CRIMINAL TAX EVASION SCHEME OF NTR | casontrmetals@gmail. com | Andrés Nasser <anasser@ntrmetals.com>; Samer Barrage <sbarrage@ntrmetals.com>; Said Kamle <skamle@ntrmetals.com>; nassif@telka.com.co; Norma | January 19, 2016 | Making the accusation that 95% of the gold exported by NTR METALS ZONA FRANCA S.A.S. is of illegal origin |


CERT. MERRILL VER

| | | | | |
|---|---|---|---|---|
| METALS | | Cardozo <ncardozo@ntrmetals.com>; chveno@bdo.com.co; ARWabogados@emcali.net.co; jidrovo@bdo.com.co; telka-sa@telka.com.co | | |

10. But, not content with sending e-mails to my clients, to generate anxiety, they created web pages and Twitter accounts to spread the defamation and slander against my clients.

11. Thus, they created the blog published at https://ntrmetalszonafranca.wordpress.com/ where, since December 2015, they have been publishing articles that are clearly false, with distorted information, containing the specific accusations that were being made against my clients through the e-mails.

[screenshot]

| [illegible] | Posted on December 16, 2015 Comment | RECENT ENTRIES |
|---|---|---|
| NTR METALS<br><br>RECENT ENTRIES<br><br>Pithou Nuth Current Legal Representative of NTR METALS ZONA FRANCAC [sic]<br><br>NORTH TEXAS REFINING | Pithou Nuth Current Legal Representative of NTR METALS ZONA FRANCAC [sic]<br><br> | Pithou Nuth Current Legal Representative of NTR METALS ZONA FRANCAC [sic]<br><br>NORTH TEXAS REFINING NTR METALS, THE MULTINATIONAL THAT CAME TO COMMIT CRIMES IN COLOMBIA AND ITS ORIGINS<br><br>RECENT COMMENTS<br><br>ARCHIVES<br><br>December 2015 |

12. To begin with, the blog is published through a Twitter account with the profile[s] "@casontrmetals2," @casontrmetals3," and others, using the name of SAMER BARRAGE, and with the profile photo of SAID KAMLE BUSTOS, both being officials of the company.[5]

---

[5] Attached as Exhibit 8.


CERT. MERRILL VER

T-Mobile LTE 8:27 p.m.

NTR Metals®



Said Kamle
@casontrmetals2
ntrmetalszonafranca.wordpress.com

**273** FOLLOWING **8** FOLLOWERS

| Tweets | Media | Likes |
| --- | --- | --- |


Said Kamle @casontrmetals2 4h
@ricarospina NORTH TEXAS REFINING
NTR METALS, THE MULTINATIONAL THAT
CAME TO COMMIT CRIMES IN COLOMBIA AND ITS
ORIGIN … wp.me/p71OUO-2


Said Kamle @casontrmetals2 4 h
@Fzuletalleras
NORTH TEXAS REFINING
NTR METALS, THE MULTINATIONAL THAT
CAME TO COMMIT CRIMES IN COLOMBIA AND ITS
ORIGIN … wp.me/p71OUO-2

Home Notifications Messages Me


CERT. MERRILL VER

[screenshot]



NTR Metals ®



+ Follow

samer barrage
@casontrmetals3

THE POWERFUL MULTINATIONAL, NTR METALS,
IS BLOCKING OUR TWITTER ACCOUNTS. WE NEED
TO SPREAD THIS MESSAGE
ntrmetalszonafranca.wordpress.com
**94** following **5** followers

Tweets Photos Like



**samer barrage** @casontrmetals3 16 h
@IanSchnaida
NORTH TEXAS REFINING
NTR METALS, THE MULTINATIONAL THAT
CAME TO COMMIT CRIMES IN COLOMBIA AND ITS

13. When you click on the link, it directs you to a page of World Press blogs which contains an article entitled "*NORTH TEXAS REFINING NTR METALS, THE MULTINATIONAL THAT CAME TO COMMIT CRIMES IN COLOMBIA AND ITS ORIGINS,*" published on December 5, 2015, where the photo of my client, SAID KAMLE BUSTOS (taken from www.jetset.com.co) immediately appears, with information about his contact with NORTH TEXAS REFINING LLC,

who is accused of money laundering in other Latin American countries, including Peru:[6]

14. For practical purposes, the aforementioned article can be divided into these major areas:

a. Background information on NTR METALS and SAID KAMLE.
b. Evidence for identification of the exposed Crimes and Tax Violations
c. Direct economic connection
d. Relations between NTR METALS and GIRALDO Y DUQUE S.A.
e. Other defamatory and slanderous statements about ELEMETALS LLC and Said Kamle

15. Under this format, they present a series of absolutely false statements against my clients - as will be proven in this document - through fraudulent manipulation of company documents and information, in order to negatively affect the good name and reputation of NTR METALS ZONA FRANCA, S.A.S. and the honor of SAID KAMLE BUSTOS, SAMER BARRAGE, and ANDRÉS NASSER VÉLEZ, who are accused of engaging in very serious, punishable conduct, in order to discredit them.

**THE SPECIFIC STATEMENTS**

16. The article's first major area addresses the establishment of NTR METALS ZONA FRANCA S.A.S. which, according to the blog's authors, corresponds with a fraudulent maneuver against DIAN:

*"As a response to article 1 of decree 1505 of May 9, 2011: 'Withholding for income from the export of hydrocarbons and other mining products. Establishes a withholding tax (sic) as (sic) income tax, supplementary to the one percent (1%) rate on the gross amount of the payment or credit into account in foreign currency from abroad for export of hydrocarbons and other mining products. Concerning the exportation of gold, the withholding rate will be one percent (1%), also on the gross amount of the payment or credit into account."* ***To get around effecting said withholding,***

[6] *"Said Kamle Bustos, 34 at this time (2011), establishes contact with NORTH TEXAS REFINNING LLC, initials NTR METALS LLC, with submission number 800395116 issued by the State of Texas, now with a new corporate name: ELEMENTAL LLC (sic), as a means of getting around the bad reputation resulting from the money laundering scandals in which he has been involved in Latin America, mainly Peru."* At: https://ntrmetalszonafranca.wordpress.com/

*on July 12, 2013, NTR METALS ZONA FRANCA S.A.S., with tax ID 900636603, with 100 million pesos of capital and the following shareholding structure, was established: 25% PRECIOUS METALS INVESTVENTS [sic], Tax ID 900,524,606 (property of Said Kamle, established on May 17, 2012) and 75% NTR METALS SOUTH AMERICA LLC (established on March 26, 2011 in Delaware, considered a tax haven by many) http://paraisosfiscales.net/delaware/ (http://paraisosfiscales.net/delaware/).* **This new company gets around the aforementioned withholding because, thanks to the Duty-free zone, the exporter is not NTR METALS ZONA FRANCA S.A.S., but each of its suppliers, which must effect the withholding, but since they are paper companies they do not effect said withholding.** It needs to be clear that sale from national customs territory to a duty-free zone is considered export, and the DIAN does not consider the re-shipment by NTR METALS ZONA FRANCA S.A.S. to be exportation. ***IT IS IMPORTANT TO EMPHASIZE THAT THIS CRIMINAL GROUP GOES FROM HAVING AN INTERNATIONAL MARKETER WHICH REQUIRED ASSETS OF CLOSE TO 10,000 MILLION PESOS AMONG POLICIES (sic) OF RESPONSIBILITY TO DIAN AND WITHHOLDINGS AS INCOME FROM EXPORTATION (sic) OF GOLD IN ACCORDANCE WITH RESOLUTION 009 OF JANUARY 28, 2013 ISSUED BY DIAN, TO HAVING A COMPANY IN THE DUTY-FREE ZONE WITH 100 MILLION PESOS, BACKING A MULTI-MILLION MONEY LAUNDERING OPERATION THROUGH THE EXPORTATION (sic) OF ILLEGAL GOLD, THUS MINIMIZING ITS RISK OF MONETARY PENALTIES."*** (Emphasis ours).

17. The foregoing is absolutely false for the following reasons:

a. The alleged the [sic] re-shipment by NTR METALS ZONA FRANCA S.A.S. If one takes it as exportation for DIAN's purposes: Article 261 of Decree 2685 of 1999 (Customs Statute) considers the outbound shipment of merchandise by a customs user from a duty-free zone to the rest of the world to be exportation, to wit:

*ARTICLE 261. EXPORTATION. Is the outbound shipment of merchandise from the national customs territory to another country. Additionally, the operations expressly described as such in this Decree, the outbound shipment of merchandise to an Industrial Duty-Free Zone of Goods and Services, under the terms set forth in this Decree, is also considered exportation.*

b. The Withholding tax established in Decree 1505 of 2011 applies to those who export hydrocarbons and other mining products, and no exceptional treatment has been established; consequently, the sales by the customs user to the rest of the

world that are considered exportation - as is my clients' case - **Withholding tax** also **applies**. Consequently, the article's assertion that the purpose of establishing the company was to avoid the withholding is not true.

18. The article proceeds to list and explain the alleged punishable conduct falsely attributed to SAID KAMLE BUSTOS as follows:

*"At this point, the commission of the crimes by Said Kamle starts. It must be made clear that Said Kamle was the legal representative since the companies' establishment until 2015 and, consequently, the criminal, tax and civil liability for the actions taken to date falls to him. The crimes are explained in detail below:*

- ***Conspiracy, money laundering, illegal mining:*** *Since the company was established in the Duty-Free Zone for the purpose of avoiding payment of withholding, money laundering, exporting gold from illegal mining. Bearing in mind that, according to the Comptroller's Office, 80% of the gold exported in Colombia is of illegal origin* http://www.bluradio.com/108039/el-80-de-la-mineria-de-colombia-es-ilegal-segun-la-contraloria *and just 3% of the exports by NTR METALS ZONA FRANCA S.A.S. come from mining with documents evidencing a title, the rest (97%) involves illegal mining, disguised as subsistence mining and billed through paper companies. All of the NTR METALS ZONA FRANCA S.A.S. purchases are carried over to paper companies established for the sole purpose of justifying the deduction of disbursements in the accounting records and permitting entry (exportation) to the Duty-free zone. The use of these paper companies involves the incurring of several tax violations, such as the total evasion of tax on the fictitious suppliers' sales: It is important to make it clear that the duty-free zone users are exempt from paying VAT on their purchases, such benefit does NOT extend to their suppliers; moreover, in accordance with Colombian regulations, any supplier of a company in the duty-free zone must be subject to the Common Sales Regime (a person who is subject to the simplified regime cannot be a customs user). Consequently, whoever sells to the duty-free zone must pay VAT to his suppliers when they are also subject to the common sales regime (16%) or withhold (15% of the general rate) when his supplier is subject to the Simplified Regime.* ***THE SUPPLIERS OF NTR METALS ZONA FRANCA S.A.S. DO NOT HAVE SUPPORTING DOCUMENTS FOR PAYMENT OR WITHHOLDING FOR***



[Stamp:] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D.C.
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

*VAT, [and] DO NOT HAVE FINANCIAL CAPACITY TO CARRY OUT SAID WITHHOLDING OR TO CARRY OUT WITHHOLDING TAX FOR EXPORTATION (sic) OF GOLD* http://wsp.presidencia.gov.co/Normativa/Decretos/2011/Documents/Mayo/09/dec150509052011.pdf *AND MUCH (sic) LESS FOR A DEDUCTION OF LEGAL EXPENSES, DECLARING OR PAYING INCOME TAX. IT IS CLEAR THAT NTR METALS ZONA FRANCA S.A.S. IS AN INSTRUMENT OF EVASION (sic) THAT HAS CREATED A FISCAL GAP FOR THE NATION (sic) IN THE AMOUNT OF MORE THAN 200 BILLION PESOS FOR 2014 ALONE, CORRESPONDING TO VAT WITHHOLDINGS, VAT TAX, WITHHOLDING (sic) FOR INCOME FROM EXPORTATION (sic) OF GOLD, AND INCOME TAX. ALL THE SUPPLIERS ARE PAPER COMPANIES. NTR METALS ZONA FRANCA S.A.S. TRANSMITS FISCAL AND TAX LIABILITY TO ITS FICTITIOUS SUPPLIERS.*

- ***Conspiracy, money laundering, illegal mining:*** *The more than 6 tons of gold that NTR METALS S.A.S. exported in the 2013-2014 period was reported as coming from subsistence mining (panners and scrap merchants) which, according to Colombian law, is production in which no type of heaving machinery is used and which, according to studies by Ingeominas (now ANM [National Mining Agency]), constitutes on average 0.5 grams per person per day, and in no event exceeds 1 gram per day. To date, the gold from panners is the principal means of camouflaging the gold from illegal mining. This mechanism was already identified by the Colombian State, and a decree is being drafted to mitigate the effects of this fraudulent mechanism. If the origin of the gold were legal and it came from subsistence mining, and taking as a reference [the fact] that a panner's productive capacity is 10 grams per month, in 2014, prior to the effective date of the RUCOM (Unique Registry of Mineral Marketers), when NTR Metals exported 6 tons of gold, approximately 50,000 panners would have been needed to extract that amount of mineral. This is without considering [that] half of the annual exportation occurred in December, which would increase the number of panners to about 30,000 in one month. This is without considering the number of mining businesses that would have had to exist in order for that amount to have been exported. This study by Ingeominas (1995, Castro-Páez, H. & Lozano H. (1995) Oro.- In INGEOMINAS (Ed., Minerales estratégicos para el desarrollo de Colombia p. 94-95) makes it clear that a panner can extract a maximum of one gram of gold per day. Said Kamle has an unofficial agreement with the mayors of the Cauca mining regions, who give him a complete list of panners and scrap merchants. Said Kamle pays $1000 for each "legalized" gram. The CTI [Technical Investigation Corps] should conduct a forensic economic investigation*



[Stamp] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D C
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

*of the panners and scrap merchants listed on the certificates of origin in order to determine whether the sale really existed and, if so, what is the corresponding tax record, in order to determine whether the listed panner or scrap merchant extracted that amount and check whether the financial transaction existed. Bearing in mind that the Duty-Free Zone supplier must follow the common regime, it must issue a bill of purchase to its supplier (panner or scrap merchant); said document must correspond to that which is shown on the certificates of origin. It should be emphasized that the economic connection (as established in article 260-1 of the Tax Law) makes NTR Metals Zona Franca S.A.S. jointly and severally [liable], in fiscal terms, with the paper companies that it uses for its fraudulent purchase reports. The fraudulent origin of the exported gold is just the first link in the criminal chain of the NTR Metals Zona Franca S.A.S. organization.*

- ***Procedural fraud:*** *occurs from the time at which Said Kamle, as legal representative of NTR METALS ZONA FRANCA S.A.S., asks the user operator of the Duty-free Zone to be recognized as an industrial user. It, in turn, sends its opinion to the directorate of customs registration at DIAN, where a public official issues an official letter recognizing the company as industrial user of [the] duty-free zone, making NTR METALS ZONA FRANCA S.A.S. the beneficiary of deductions for income According to Article 453 of the criminal code, Said Kamle induces a public official to err, thus committing the crime of procedural fraud. Evidence includes the studies submitted by Said Kamle to the user operator, explaining his alleged industrial activity, which constitutes the crime of falsification of a private document, since there is evidence that what enters the duty-free zone is a gold bar and what leaves is a gold bar - there is no transformation whatsoever.* ***HOW IS IT POSSIBLE THAT A COMPANY (sic) WITH 208,019,000 IN PRODUCTIVE FIXED ASSETS (sic) WOULD REPORT SALES OF $573,321,307,000 AND OBTAIN PROFITS OF $7,339,986,000?***

- ***Illicit Enrichment of Individuals:*** Article 327 of the criminal code. As the result of an operation based on money laundering, illegal mining, and tax evasion.

- ***Omission of the withholding agent for taxes or collector:*** *Article 402 of the criminal code* http://www.consultame.co/index.php?option=com_content&view=article&id=104:responsabilidades-penales-tributarias-en-colombia&catid=43:impuestos&Itemid=155 . *The paper companies established by order of Said Kamle do not declare or pay VAT, bearing in mind that they are responsible for said tax, since they must be common regime in order to be customs users (they conduct sales in [the] duty-free zone, exports); in turn, whoever sells to a duty-free zone is*

**PBX:** + 57 (1) 530 0638 / 530 0640 | **e-mail:** contacto@jaimegranados.com.co
**Office:** Cra. 91A No. 82-40 / Piso 5 | Bogotá - Colombia
*www.jaimegranados.com.co*

[Stamp] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D.C.
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

*required to pay VAT to his suppliers when they are subject to the common sales regime (16%) or withhold (15% of the general rate) when his supplier is subject to the Simplified Regime.* ***THESE AMOUNTS IN THE MILLIONS ARE APPROPRIATED BY SAID KAMLE.***

***BUSINESSMAN SAID KAMLE WENT FROM BEING SUBJECT TO A STRICT CUSTOMS REGIME WITH COMPLETE TRACEABILITY, LIKE THE INTERNATIONAL MARKETERS, TO ONE WITHOUT DIAN CONTROLS. THIS IS NOT A COINCIDENCE.***

19. There is no support whatsoever for the aforementioned slander of SAID KAMLE, because it is clear that paper companies were never established and there was no intent to evade taxes and State charges. On the contrary, the company has always been up-to-date with its obligations vis-à-vis **all State authorities** (DIAN, Agencia Nacional Minera, Ministry of Foreign Trade, Police, etc.) - otherwise it could not operate.

a. In the face of the statement indicating that just 3% of the exports of NTR METALS ZONA FRANCA S.A.S. come from mining with documents evidencing a right, [and that] the rest (97%) involve illegal mining, it should be made clear that, for the exportation of precious metals, the regulatory entities such as the Ministry of Foreign Trade and DIAN, with support from the Agencia Nacional Minera - which is responsible for verification of payment of royalties and legal origin of the material - **approve its departure from national territory in advance.** For that to happen, one must submit a certificate of origin of the product, proving that it is backed by the Agencia Nacional Minera, in order to be able to market the material.

The responsibility of the exporter - such as my clients - is to report to the Agencia Nacional Minera, prior to exportation, the amounts of the material and its origin, so that it can prove its authorization to the DIAN. The company fully complies with all these procedures.

b. It is not true that the suppliers of NTR METALS ZONA FRANCA S.A.S. are fictitious. On the contrary, the suppliers are third parties that have no connection whatsoever to the company, and SARLAFT is conducting a detailed study of them so that they may be accepted as suppliers.



[Stamp:] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D.C.
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

c. Neither is it true that there is tax evasion with respect to the suppliers' sales. All the suppliers of NTR METALS ZONA FRANCA S.A.S. are subject to the common regime, being customs users in the capacity of exporters; consequently they declare municipal and national taxes in accordance with their obligations when they engage in an operation that may be taxed or exempt.

The income of the suppliers of NTR METALS ZONA FRANCA S.A.S. when they export them to a user that is in the duty-free zone is taxed at 0% because it is an exportation.

d. Regarding the alleged unofficial agreement that SAID KAMLE BUSTOS has with mayors of the Cauca mining regions, **WHICH IS ABSOLUTELY FALSE,** it must be pointed out that NTR METALS ZONA FRANCA S.A.S. does not do business directly with scrap dealers or panners; it does business only with previously-evaluated suppliers who have completed the process for association specified by the company's compliance department, [Suppliers] are marketers of precious metals, which supply gold **in quantity,** in other words, **retail purchases are not made, and this is clear from the company's supporting documentation**. The sale is made directly at the facilities, **without intermediaries,** furnishing the documents that provide legal and tax support for the sale that is being conducted.

e. As for the alleged falsehood in connection with absence of industrial activity, since *"there is evidence that what enters the duty-free zone is a gold bar and what leaves is a gold bar - there is no transformation whatsoever,"* it must be pointed out that this is ABSOLUTELY FALSE, because, in fact, the industrial process of metal smelting and refining is carried out in high-tech ovens.

This can be corroborated at the company's facilities, so much so that all the operations carried out by NTR METALS ZONA FRANCA S.A.S., in its capacity as industrial user of goods and services, **are overseen** immediately by all the control entities, such as DIAN Duty-free zone, DIAN Airport, ANM, ZONA FRANCA DEL PACÍFICO, the CARGO AGENT CALIGARGO, the AIRLINE that transports the



[Stamp:] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D C
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

product, the NARCOTICS POLICE, and BRINKS, the carrier.

Officials from each of these entities participate from the arrival of the merchandise as raw material, during its smelting, packing, and outbound shipment to the rest of the world. All perform monitoring and verification, bearing witness to the process that is carried out.

20. As one can see, the long list of crimes attributed to my client constitutes punishable conduct of great importance in domestic and international criminal prosecution, seriously and unjustifiably affecting its good name and honor, but also associates it with fraudulent operations against administrative authorities such as the DIAN, which has already made constant visits to the company, finding that it fully complies with the current regulations.

21. In the article's section on evidence, there is a set of accusations, indicating that the information reported by the company is not in accordance with reality, supposedly constituting the crimes of procedural fraud, money laundering, falsification of public document[s]:

> *"The CTI of the Prosecutor's Office, POLFA [Fiscal and Customs Police], DIAN, SUPERSOCIEDADES, MINISTRY OF FOREIGN TRADE, and UIAF [Information and Financial Analysis Unit] were asked to request the following documents:*
>
> - *Income tax returns for 2013 and 2014. Report of magnetic media 2014.*
> - *All forms concerning movement of merchandise originating from the national customs territory to NTR METALS ZONA FRANCA S.A.S.*
> - *Digital VUCE (Unique Foreign trade Window) form*

*The cost of sales reported on the income [tax] return is checked; it must correspond to the forms concerning movement of merchandise. This, in turn, must reflect that which is reported on the magnetic media and, finally, it must be equal to the amounts reported on the VUCE form. <u>Generally, the magnetic media do not include the names or Tax IDs of paper companies; in those cases these companies are easily identified by means of the forms concerning movement of merchandise or in the VUCE. When these companies are detected and their sales are not recorded, it is clear that [sic] does not correspond to that which was reported on the magnetic media of NTR METALS ZONA FRANCA S.A.S., and the crimes of procedural fraud, money laundering,</u>*



[Stamp:] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D.C.
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

***falsification of public document[s], and incomplete presentation of magnetic media are characterized, giving rise to the corresponding criminal, monetary, and administrative penalties.*** *The National Director of Taxes and National Customs is asked to apply* ***Article 794 of the tax law, "joint and several liability of associates for the company's taxes,"*** *and* ***article 794-1 of the tax law, "rejection of the legal personality."*** (Emphasis added)

22. With respect to this point it is important to say that, contrary to what the authors of the article maintain, concerning the lack of information from the magnetic media furnished to the DIAN, NTR METALS ZONA FRANCA S.A.S. fully complies with the submission of all appropriate tax reports. In the specific case of the magnetic media, these have been conducted under the parameters issued by the DIAN itself. These reports contain no unidentified items, bearing in mind, moreover, that all the payments are made by the financial system (e.g., bank transfers), which makes it possible for any official entity to clearly identify the beneficiary thereof. This point can be verified with the supporting documents on file at the company.

In addition, it should be emphasized that NTR METALS ZONA FRANCA S.A.S. has not been the subject of any request from the DIAN and, in reconciliations of accounts with third parties, this information from magnetic media was reviewed by the DIAN, and no shortcoming was found. Moreover, the company has auditing firms and statutory auditors that guarantee proper compliance with all obligations.

23. As if that weren't enough, the creators of these lies continue with their malicious, fraudulent statement[s], indicating [that] the financial connection of my clients' "paper companies" has not been reported - referring to the suppliers of NTR METALS ZONA FRANCA S.A.S., which **are third-party entities that** have no connection whatsoever to the company, except for the supply contracts that are legally being performed.

> "*DIRECT ECONOMIC CONNECTION*
>
> *According to article 260-1 of the Tax Law, NTR METALS ZONA FRANCA S.A.S. has a direct economic connection to OHIO PRECIOUS METALS LLC (ELEMETAL LLC), since more than 50% of its exports are directed to this company, NTR METALS ZONA FRANCA S.A.S. does not submit report of transfer prices* [sic].



[Stamp:] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D C
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

The paper companies have a direct economic connection with NTR METALS ZONA FRANCA S.A.S., since they bill more than 50% of their sales to it. They also do not prepare this report."

24. On the point of economic connections, it should be pointed out that NTR METALS ZONA FRANCA S.A.S. has no economic connection with any supplier; these are third parties unrelated to the company. We repeat that its only connection with the suppliers is the supply contract for the product. The suppliers are not subordinates,branches or agencies; consequently not only is there no obligation to submit transfer prices, but it is impossible because as there is no connection whatsoever.

Now, regarding submission of [the] report of transfer prices with its parent company, it does, in fact, comply with said obligation,[7] completing the respective reports on forms 120, DIAN form 1729. Also, it is clear in the financial statements submitted along with [the] study conducted by BASE FIRMA.

25. Concerning the alleged connections between NTR METALS and GIRALDO Y DUQUE S.A., the article maintains - fraudulently and without justification - that the company hired an EXPERT IN MONEY LAUNDERING, Mrs. NORMA ISABEL CARDOZO SALINAS, to "ADMINISTER THE MONEY LAUNDERING SYSTEM" of my clients:

> *"Norma Isabel Cardozo Salinas, identity document 41,922,627 of Armenia and Professional Card 45013T, an accountant by profession, **is the most important tax advisor specializing in money laundering through exports of illegal gold,*** has been the accountant of all companies in the criminal group GIRALDO Y DUQUE, and was on the Board of Directors of COOFMINERCOL; she contacted Said Kamle, legal representative of NTR METALS ZONA FRANCA S.A.S., *and **offered him her COMPREHENSIVE ADVISORY (sic) services IN MONEY LAUNDERING, bearing in mind that she knows every detail of the operation: the suppliers of gold from illegal mining, the creation and liquidation of paper companies for invoicing multi-million sums of money without being identified by the DIAN, the mayors who provide the lists, and the certificates of origin for legalizing the material.***

[7] See Exhibit 3 Form 120. Transfer Prices. Years 2013 and 2014.



[Stamp | NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D.C.
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

***SAMER BARRAGE, SUBSTITUTE LEGAL REPRESENTATIVE, GRANTED POWER OF ATTORNEY TO NORMA ISABEL CARDOZO SALINAS WITH BROAD AUTHORITIES TO ADMINISTER THE MONEY LAUNDERING SCHEME ESTABLISHED IN COLOMBIA, WITH WHICH SHE HAS VERIFIABLE EXPERIENCE."*** (Emphasis ours).

26. It is important to emphasize the seriousness of the accusations leveled not just against my clients, but [also] against an official of the company, that indisputably affect their honor and professionalism.

NTR METALS ZONA FRANCA S.A.S. has actually engaged Mrs. NORMA ISABEL CARDOZO SALINAS as an accountant because of her vast experience in the sector and professionalism.

A background check found no investigation or process by any official entity; there are no prior offenses registered with the CENTRAL BOARD OF ACCOUNTANTS, and the reference check turned up no problem with regard to hiring her; in other words, she has the due right to practice her profession without being the subject of false statements that seriously threaten her honor and dignity, much more when she is accused of being an expert in money laundering.

These statements were made fraudulently, without any support.

27. The above defamatory statements try to directly incriminate my clients in an alleged criminal enterprise for money laundering, which undoubtedly constitutes the punishable conduct of aggravated defamation, since a company and its officials, who do their work under the legal framework, under the supervision of the competent authorities, and for the benefit of the economic development of an activity essential to the State, are accused of being part of a criminal enterprise.

28. Another point included in the article, on the list of defamations and falsehoods it sets forth, is that related to the illegality of the gold exported by NTR METALS ZONA FRANCA S.A.S.:

> ***"MEMBER COMPANY OF THE LONDON BULLION MARKET ASSOCIATION AND COMEX***
> *ELEMENTAL LLC (SIC) is a company connected with the London Bullion Market Association and COMEX, entities that demand*



[Stamp] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D.C.
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

*complete traceability of the supply chain of precious metals originating in high-risk countries such as Colombia where, according to the Comptroller's Office, 80% of the gold is of illegal origin http://www.lafm.com.co/noticias/colombia/05-11-12/cerca-del-80-de-la-mineria-en-12 ELEMENTAL LLC (sic) buys all the gold exported by NTR METALS ZONA FRANCA S.A.S.; this company supports just 3% of its exports legally through certificates of origin with the respective documents evidencing mining rights; the remaining 97% has no supporting documentation, resulting in null traceability. Mining that has no documents evidencing mining rights is illegal mining.*

***OECD [Organization for Economic Cooperation and Development] RESPONSIBLE MINERAL SUPPLY CHAIN***

*Said Kamle had assured his associates that he was able to obtain significant amounts of gold in Colombia, and he effectively achieved that, but [the gold] came from criminal mining. The OECD member countries are required to pass legislation so that those involved in the mineral supply chain show [the] traceability and legality of their operations, mainly when [the minerals] come from high-risk zones such as Colombia. The United States is part of this initiative, and EELEMENTAL LLC (sic), as a U.S. company, must comply with said guidelines, just like NRT (sic) METALS SOUTH AMERICA LLC (a 75% shareholder in **NTR METALS ZONA FRANCA S.A.S.**), also domiciled in the United States. **THE GOLD EXPORTED FROM COLOMBIA MUST BE SUPPORTED BY A CERTIFICATE OF ORIGIN WITH DOCUMENT EVIDENCING MINING RIGHTS."***

29. What the article says is absolutely false since, as we will see in the corresponding section, my clients only do business with suppliers that are able to furnish the legitimate certificates of origin, so that the origin of the material is one hundred percent (100%) legal and not from criminal mining, as the article would have us believe.

30. All these **FALSE STATEMENTS**, created in the imagination of the aforementioned blog's authors, seriously affect not just the good name of NTR METALS ZONA FRANCA S.A.S., but the integrity of SAMER BARRAGE, SAID KAMLE BUSTOS, and ANDRÉS NASSER VÉLEZ, inasmuch as they attack their honor, good name, professional practice, and, even more seriously, try to **falsely attribute to them the commission of punishable acts, under an alleged criminal enterprise, without any factual or even logical basis.**



[Stamp.] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D.C.
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

We reiterate, the only purpose of this regular defamatory campaign is clearly to drive the company out of the market, causing fear among its officials so that they would not continue with the business.

[NTR METALS ZONA FRANCA S.A.S.] has not been the only company subject to this defamation; this counsel has learned how similar blogs have been created to defame other companies, such as PLATERÍA RAMÍREZ, where the blog's author used the same "article" format as was used in my clients' case: https://orocolombia1.wordpress.com/author/orocolombia1/:

**FALSE PROFILES AND ACCOUNTS FROM WHICH THE REPORTED PUNISHABLE CONDUCT IS EXECUTED**

31. To date, we have identified the following blogs and web sites from which the defamatory and slanderous statements against my clients have been carried out:

**PROFILES IDENTIFIED IN THE COMPLAINT**

| | |
|---|---|
| https://orocolombia.wordpress.com/ | https://twitter.com/casontrmetals2 |
| https://orocolombia1.wordpress.com/ | https://twitter.com/caceriatrinos |
| https://documentosprobatorios.wordpress.com/ | https://twitter.com/casontrmetals3 |
| https://mdoverseasmoneylaudering.wordpress.com/ | https://twitter.com/casontrmetals4/ |
| https://ntrmetalszonafranca.wordpress.com/ | contabilidad042@gmail.com |
| escobarandres73@gmail.com | |

**NEW TWITTER ACCOUNTS, E-MAIL ACCOUNTS, AND WEB SITES:**

**WEB SITES:**

- March 2014 - https://orocolombia.wordpress.com/



[Stamp:] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D.C.
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

- 3/13/14 - 12/12/15 - htps://orocolombia1.wordpress.com/
- 11/30/14 - 1/11/15 - https://orocolombia01.wordpress.com/
- 3/25/15 - https://casoautroy.wordpress.com/
- 6/3/15 https://documentosprobatorios.wordpress.com/2015/06/03/documentos-probatorios-alexander-duque-builes/
- 7/3/15 - https://casoautroy1.wordpress.com/
- 10/6/15 - https://mdoverseasmoneylaundering.wordpress.com/
- 5/12/15 - https://ntrmetalszonafranca.wordpress.com/

**E-MAIL ADDRESSES**

- escobarandres731@gmail.com
- escobarandres73@gmail.com
- contabilidad042@gmail.com
- denunciaoro@gmail.com
- peacefulcolombia@gmail.com
- casontrmetals@gmail.com
- casontrmetals2@gmail.com
- contabilidadmedellin041@gmail.com
- mdcompliance@gmail.com

**TWITTER ACCOUNTS:**

- @casontrmetals
- @casontrmetals2
- @casontrmetals3
- @casontrmetals4
- @casontrmetals51
- @escobarandres73

Bearing in mind that certain profiles had already been reported and that the authorities have been actively working on this investigation, the persons who are behind this national defamatory campaign have become furious with my clients and created new profiles on Twitter, where they post messages such as the following:



[Stamp:] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D C
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

[screenshot]

NTR Metals®


+ Follow

**samer barrage**
@casontrmetals3
THE POWERFUL MULTINATIONAL, NTR METALS, IS BLOCKING OUR TWITTER ACCOUNTS. WE NEED TO SPREAD THIS MESSAGE
ntrmetalszonafranca.wordpress.com
**94** following **5** followers

## III. GROUNDS

Now that the factual circumstances that gave rise to this investigation have been synthesized, we will analyze how they match up with the punishable conduct of aggravated defamation and slander, as follows.

### DEFAMATION

Substantive criminal law codifies this crime as follows:

> *"ARTICLE 220 - Defamation. Whoever makes dishonorable accusations against another person shall be subject to imprisonment for one (1) to three (3) years and [a] fine of ten (10) to one thousand (1000) current monthly minimum legal salaries."*[8]

According to the aforementioned facts, the conduct of the unknown persons who are behind the defamatory campaign against my clients and NTR METALS ZONA FRANCA S.A.S. perfectly fits this statutory definition of the crime.

All of the false statements made against the company constitute defamation to the extent that they are dishonorable accusations which clearly affect its good name or goodwill - which, for purposes of legal entities, results in harm to reputation in the market, which it has

[8] Amended by Law 890 of 2004 "Article 14. The penalties provided for in the legal descriptions of crimes contained in the Special Part of the Criminal Code shall be increased by a minimum of one third and a maximum of one half ..." to imprisonment of 1 year and 4 months to 4 years and 6 months.



[Stamp:] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D.C.
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

developed, with arduous effort, for years. It is because of its reputation and excellence in the administration of its businesses that NTR METALS ZONA FRANCA S.A.S. has become the main exporter of gold in Colombia.

But these statements not only affect the company's reputation. Rather, they can [also] affect its ordinary course of business, because it is its record of achievement that has enabled it to forge connections with companies in other sectors, such as the financial sector and the merchandise transport sector, without which it cannot carry out its corporate purpose - which could lead to the business' closing down.

It is not surprising that today companies are fueled by their good name in order to carry out commercial activities, especially in the financial sector. A bank is not going to provide its services or offer its products to companies whose reputation is in doubt.

It is also not surprising that they would try to generate a hostile environment toward the oversight authorities so that they would start investigations against my clients and, with that, finish off its business.

And this case is not just about a couple of e-mails with false information that must be forgotten, but rather we are facing **systematic attacks** against NTR METALS ZONA FRANCA S.A.S. and associated persons, aimed at causing anxiety and destroying their reputation so that it cannot continue to operate. It is not altogether illogical that one would go after the country's principal gold exporter: it is clear that there are hidden interests in driving it out of the market.

The same can be said about SAMER BARRAGE, SAID KAMLE BUSTOS, and ANDRÉS NASSER VÉLEZ, who have earned a good name and honor in their business dealings, so that for unscrupulous reasons and without any basis the perpetrators of these crimes would try to damage said honor.

Thus, this crime pretends to protect honor and integrity, factors directly connected to human dignity, a pillar of our Social State and democratic state where the rule of law prevails and, consequently, **they deserve the maximum severity when being protected.**

To better understand what is being protected in this case, one must understand that honor should be considered other peoples' concept



[Stamp.] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D C
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

of a person,[9] and dignity means that intrinsic excellence, eminence, nobility, and superiority of each person that ontologically distinguishes him from the other beings in the universe, becoming an end in itself.[10]

"However, dignity is not a neutral or indifferent concept, but rather a height of being good that constitutes an asset. Consequently, there are degrading things, things contrary to human dignity. In other words, dignity represents an objective criterion of goodness or malice of human conduct in relation to himself, his personal perfection; this is the criterion of morality; but it is also the objective criterion of justice or injustice in relations with others; this is the criterion of legality. Thus, one notes that, in the study of a person's dignity, two things intertwine: morality and right."[11] For this reason, dignity has been recognized as an intrinsic concept in almost all international texts on human rights.[12]

Honor is protected by article 21 of the Constitution, in other words, as a fundamental right:

> *"ARTICLE 21. The right to honor is guaranteed. The law will specify the mode of its protection."*

[9] *Cf.* BARBOSA DELGADO, Francisco R., Litigio Interamericano, Perspectiva Jurídica del Sistema de Protección de los Derechos Humanos. Ed. Universidad de Bogotá Jorge Tadeo Lozano, Bogotá, 2002, p. 354.
[10] *Cf.* DEL VECCHIO, Gregorio and RECASENS SICHES, Luis, *Filosofía del Derecho y Estudios de Filosofía del Derecho,* Volume I, Ed. Uthea, Mexico, 1946, p. 353 and in COLOMBIA, Constitutional Court, Judgment T-499 of August 21, 1992.
[11] HOYOS CASTAÑEDA, Ilva Myriam, "El respeto a la dignidad de la persona y los derechos humanos en la constitución política de Colombia," *Dikaion, Revista de fundamentación jurídica,* Faculty of Law, University of La Sabana, Bogotá, 1994, p. 36.
[12] The preamble of the 1948 American Declaration of the Rights [and Duties] of Man says: "All men are born free and equal, in dignity and in rights ...," and the preamble of the 1948 Universal Declaration of Human Rights says, "Whereas recognition of the inherent dignity ... is the foundation of freedom, justice and peace in the world ...," and the preamble of the 1966 International Covenant on Civil and Political Rights says: "Considering that, in accordance with the principles proclaimed in the Charter of the United Nations, recognition of the inherent dignity ... is the basis of freedom, justice, and peace in the world ...," the 1969 American Convention on Human Rights "Pact of San Jose, Costa Rica," article 11, number 1 says: "Everyone has the right to have his honor respected and his dignity recognized;" in the preamble of the 1981 African Charter on Human and Peoples' Rights (Banjul Charter), we read: "Considering the Charter of the Organization of African Unity, which stipulates that 'freedom, equality, justice and dignity are essential objectives for the achievement ...,'" and the 1950 European Convention for the Protection of Human Rights and Fundamental Freedoms, article 3, prohibits inhuman and degrading treatment (see, concerning this latter, the Tyrer case, Judgment of the Court dated April 25, 1978), among others.



[Stamp:] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D C
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

The right to honor, which could not be protected without also guaranteeing, under the same terms, citizens' rights to [their] good name. Consequently, the Constitution reads as follows:

> *"ARTICLE 15. Every person has the right to his personal and family privacy and to his good name, and the State must respect them and ensure that they are respected."*

It is very clear to conclude, that with these persons' **FRAUDULENT** behavior - people who are, unfortunately, not known at this time - they tried, with all ***animus injuriandi,*** to violate the legally protected interest of integrity of the individuals I represent and the legal entity, since they are fully aware that their actions directly attacked their honor and dignity and, even so, they put forth the false statements in a public blog article - such conduct is inexcusable.

Thus, the damage to my clients' honor and dignity, especially in terms of their economic activity, due to these unknown persons' criminal actions is clear. **These statements cast doubt upon my clients' professional capacity to the extent that they indicate that their prestige in the gold exporting business results from dishonorable actions and not their administrative and business abilities, which they have been building over the years.**

In short, the criminal actions of the unknown persons perfectly traced what doctrine has set forth as essential steps for configuration of this crime:

> *"1. That a person attribute to another, known or determinable, a dishonorable act; 2. That the accuser have knowledge of the dishonorable nature of that act; 3. That the dishonorable nature of the act harm or be to the detriment of that person's honor; and 4. That the accuser know that the attributed action has that ability to harm or be to the detriment of that person's honor."*[13]

Thus, the crime of defamation exists.

---

[13] ARBOLEDO VALLEJO, Mario and RUIZ SALAZAR, José Armando, *Manual de derecho penal, partes general y especial, op. cit.* p. 581.



[Stamp:] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D.C
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

**SLANDER**

This crime is described in substantive criminal law as follows:

> "*ARTICLE 221 - Slander. Whoever falsely attributes a typical conduct to another shall be subject to imprisonment of one (1) to four (4) years and a fine of ten (10) to one thousand (1000) current monthly minimum legal salaries.*"[14]

In this respect, slander "*is the accusation of an innocent, made in bad faith (calumniari est falsa crimina intendere [to slander is to accuse of false crimes]; and more specifically, it is the deed of the individual who accuses a person whom he knows to be innocent of a crime.*"[15]

In the specific case, it is clear that all the statements made against my clients (as individuals), accusing them of at least six crimes that they know [my clients] did not commit, is classified as Slander.

We explained using Facts, including supporting documentary evidence, how each of the statements are not only baseless, but are also contrary to the truth.

It is truly absurd how they include a section wherein they supposedly demonstrate how SAID KAMLE BUSTOS committed the crimes of conspiracy, money laundering, illegal mining, procedural fraud, illicit enrichment, and omission of withholding agent for taxes, without even putting forth arguments and supporting said assertions.

Unfortunately, we are faced with unjust persecution of my clients, who have demonstrated, over the years, the transparent exercise of their economic activity, abiding by all the applicable regulations, provisions, and rules.

So much so that there is no knowledge whatsoever of any criminal or administrative investigation of them. If the authors of these attacks were really seeking justice they would have really presented the respective

---

[14] Amended by law 890 of 2004, the penalty shall be imprisonment for 1 year and 4 months to 6 years.
[15] ARBOLEDO VALLEJO, Mario and RUIZ SALAZAR, José Armando, *Manual de derecho penal, partes general y especial, op. cit.* p. 582.



[Stamp] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D C
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

accusations to the competent authorities for the alleged crimes of conspiracy, money laundering, illegal mining, procedural fraud, illicit enrichment, and omission of withholding agent for taxes. However, since it is a dirty game to force them out of the market, they limit themselves to filling the social networks with falsehoods that could cause incalculable harm to their dignity.

So, the foregoing having been reviewed and considered, it can categorically be stated that the conduct met all the structural elements of the crime:

1. *Attribution of criminal conduct to a specific person;*
2. *That the attributed criminal conduct be false;*
3. *That the perpetrator has knowledge of that falseness; and*
4. *That the perpetrator has the will and awareness of making the accusation.*[16]

**- CRITERION FOR AGGRAVATION**

According to the provisions of article 223 of the Criminal Code, a special aggravating circumstance of the crimes of Defamation and Slander is using any means of social communication or other means of mass dissemination in their commission, to wit:

> "*ARTICLE 223. SPECIAL CIRCUMSTANCES FOR ADJUSTMENT OF THE PENALTY.* ***When any conduct envisaged in this title*** ***<u>IS COMMITTED USING ANY MEANS OF SOCIAL COMMUNICATION OR OTHER MEANS OF MASS DISSEMINATION,</u>*** *or at a public meaning, the respective penalties will be increased by one sixth to one half.*
>
> *If committed in writing, addressed exclusively to the victim or in his presence alone, the penalty that may be imposed will be reduced by up to half."* (Emphasis ours)

Thus, since a blog was created to publish the articles with false statements about my clients, user accounts were created on Twitter, and e-mails [were used] to disseminate this slander and defamation, as well as the creation of web sites aimed exclusively at defaming them, it is clear how this cause of aggravation of the conduct is configured.

[16] Ibid., p. 584.



[Stamp:] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D.C.
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

CERT. MERRILL VER

## IV. SOURCES OF INFORMATION

Without prejudice to your authorities, Honorable Prosecutor, as Director of Inquiries in the accusatory criminal system and [without prejudice] to obtaining confidential documents, I request that you bear the following documentary evidence in mind, attached as exhibits hereto:

**EXHIBIT 1:** Power of attorney from my clients, along with the Certificate of Existence and Legal Representation of NTR METALS ZONA FRANCA S.A.S.

**EXHIBIT 2:** Article entitled "NORTH TEXAS REFINING NTR METALS, THE MULTINATIONAL THAT CAME TO COMMIT CRIMES IN COLOMBIA AND ITS ORIGINS," found at: https://ntrmetalszonafranca.wordpress.com/

**EXHIBIT 3:** Uncertified copy of DIAN forms 120 for 2013 and 2014 concerning report of transfer prices.

**EXHIBIT 4:** Uncertified copy of ISO 9001:2008 certification of NTR METALS ZONA FRANCA S.A.S.

**EXHIBIT 5:** Uncertified copy of the SARLAFT procedural manual for suppliers.

**EXHIBIT 6:** Hard copies of the e-mails received by my clients.

**EXHIBIT 7:** List of websites, e-mails, and users from which the reported punishable conduct occurred.

**EXHIBIT 8:** Uncertified copy of the screenshots from Twitter accounts "@casontrmetals2," "@casontrmetals3," "@casontrmetals4," "@casontrmetals51."

## V. NOTIFICATIONS

I will receive notifications at:
Carrera 19 A No. 82 - 40 Piso 5, Bogotá.
Telephone: 5300640

[Stamp:] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D C.
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

## VI. PETITION

Therefore, considering the seriousness of the reported facts, I ask, Madam Prosecutor, that you move forward with the respective inquiry in order to determine the persons who engaged in this punishable conduct and gather the material evidence and physical evidence required in order to formulate charges against them.

Cordially,
[signature]
JAIME ENRIQUE GRANADOS PEÑA
IDENTITY DOCUMENT No. 19,439,307 of Bogotá, D.C.
Professional Card No. 39,927 of the Judicial Council

[Stamp:] NOTARIAL OFFICE TWENTY-FOUR OF THE CIRCUIT OF BOGOTA, D C
JANUARY 28, 2016
JORGE HUMBERTO URIBE ESCOBAR
NOTARY NUMBER TWENTY-FOUR OF BOGOTA [signature]

MERRILL CORPORATION

Merrill Brink® International
1345 Avenue of the Americas
17th Floor
New York, NY 10105
212.620.5600
www.merrillbrink.com

---

State of New York )
Estado de Nueva York
) ss:
) a saber:
County of New York )
Condado de Nueva York

## Certificate of Accuracy
## Certificado de Exactitud

This is to certify that the attached translation is, to the best of our knowledge and belief, a true and accurate translation from Spanish into English of the attached document.
Por el presente certifico que la traducción adjunta es, según mi leal saber y entender, traducción fiel y completa del idioma español al idioma inglés del documento adjunto.

Dated: September 22, 2016
Fecha: 22 de septiembre 2016

Yasushi Sasaki
Project Manager – Legal Translations
Merrill Brink International

[firmado]
Yasushi Sasaki
Gerente de Proyecto – Traducciones Legales
Merrill Brink International

Sworn to and signed before
Jurado y firmado ante
Me, this 22nd day of
mí, a los 22 días del
September 2016
mes de septiembre de 2016

Notary Public
Notario Público

[illegible]
Notary Public, State of New York
No. [illegible]
Qualified in Kings County
Commission Expires April 1, 2018

[firmado]
[sello]

SEÑORES
FISCALÍA 131 SECCIONAL
UNIDAD EDA
CIUDAD

Sdndn
feb 1/16
2:30 pm

REFERENCIA: RADICADO No. 110016000057201500263
AMPLIACIÓN DE DENUNCIA

**JAIME ENRIQUE GRANADOS PEÑA**, identificado como aparece al pie de mi firma, actuando en mi calidad de **APODERADO** de los señores **SAMER BARRAGE**, representante legal de la sociedad **NTR METALS ZONA FRANCA S.A.S.**, **SAID KAMLE BUSTOS** y **ANDRÉS NASSER VÉLEZ** (de conformidad con el poder que adjunto[1]), VÍCTIMAS dentro del radicad de la referencia, de manera respetuosa me dirijo a su despacho con el fin de presentar **AMPLIACIÓN de la DENUNCIA** interpuesta por mis representados por las conductas típicas de **INJURIA -artículo 220 del Código Penal-, CALUMNIA -artículo 221 del Código Penal-, AGRAVADAS en virtud del artículo 223 del Código Penal** y todas aquellas otras que se lleguen a considerar, en contra de **personas indeterminadas que resulten vinculadas como responsables en la investigación.**

## I. CAPÍTULO PRELIMINAR

La empresa NTR METALS ZONA FRANCA S.A.S. es una sociedad colombiana constituida el 8 de julio de 2013, cuyo objeto es la adquisición de metales preciosos de proveedores (terceros) previamente aceptados[2], con destino a la exportación, previo cumplimiento de proceso industrial de fundición y afino de metales. El material adquirido por la sociedad es exportado, bajo el cabal cumplimiento de la normatividad aduanera, exclusivamente a su casa matriz en Estados Unidos, ELEMETAL LLC.

De esta manera, NTR METALS ZONA FRANCA S.A.S. no participa en ninguna actividad de extracción de los metales ni de intermediación.

---

[1] Se adjunta como Anexo 1 el poder que me ha sido conferido junto con el certificado de existencia y representación de la sociedad NTR METALS ZONA FRANCA S.A.S.

[2] Resulta imprescindible aclarar que todos los proveedores de la sociedad NTR METALS ZONA FRANCA S.A.S. han aprobado la evaluación de SARLAFT a la cual son sometidos de manera previa para poder contratar con ellos y a constantes evaluaciones periódicas de los mismos.

## II. HECHOS

1. Como se señaló en la denuncia, desde el año 2014 mis representados y la sociedad NTR METALS ZONA FRANCA S.A.S. han sido víctimas de ataques constantes en su honra y buen nombre a través de redes sociales (Twitter) así como de blogs y correos electrónicos, en donde personas inescrupulosas con perfiles falsos les han endilgado de comisión de hechos constitutivos de delitos y otras infracciones contra el ordenamiento jurídico generando un gravísimo perjuicio reputacional.

2. Lo anterior se ha ejecutado dentro de una abierta campaña difamatoria en contra de mis representados, con fines exclusivamente encaminados a sacarlos del mercado en el cual son ampliamente exitosos –dadas sus buenas prácticas e impecable manejo del negocio–, persiguiendo el cierre de la compañía.

3. El 20 de septiembre de 2014, mis representados recibieron el primer correo desde la cuenta denunciaoro@gmail.com dirigido a la cuenta de mi representado SAID KAMLE BUSTOS y a la cuenta de NASSIF KAMLE (skamle@ntrmetals.com, nassif@telka.com.co) con el asunto "SAID, EL MERCADO DEL ORO EN COLOMBIA NO ES UN JUEGO DE POKER"[3].

4. Según los falsos señalamientos establecidos en dicho correo, SAID KAMLE BUSTOS hace parte del grupo de empresas dedicadas al lavado de activos y financiación del terrorismo y los autores del correo manifiestan haber interpuesto denuncias ante las autoridades sobre el

De: denuncia oro <denunciaoro@gmail.com>
Fecha: 20 de septiembre de 2014 14:14:09 GMT-5
Para: nassif@telka.com.co, skamle@ntrmetals.com
Asunto: **SAID, EL MERCADO DEL ORO EN COLOMBIA NO ES UN JUEGO DE POKER**

Usted hace parte del selecto grupo de empresas por medio de las cuales se lavan activos y se financia el terrorismo en Colombia, su esquema esta al mismo nivel del ya investigado John Uber Hernandez Santa y su empresa Goldex. Aunque usted es consciente de lo que está haciendo, me gustaría refrescarle un poco la memoria con esta información referente a la forma de actuar de sus colegas y por supuesto suya:

http://orocolombia.wordpress.com/

http://www.caracol.com.co/noticias/regionales/denuncian-nuevas-amenazas-contra-un-periodista-del-bajo-cauca-antioqueno/20140915/nota/2415300.aspx

http://www.semana.com/nacion/articulo/terror-en-el-bajo-cauca/402644-3

http://lasillavacia.com/content/siguiendo-los-pasos-de-la-mineria-en-el-cauca-48380

Los entes de control encargados y los cómplices internacionales ya han sido notificados. Nuestro equipo sigue trabajando en pro de la paz de Colombia y su actuar va en contra de la misma.

Solo por curiosidad me gustaría conocer los pagos realizados por concepto de industria y comercio ya que las ventas del Territorio aduanero nacional a empresas ubicadas en Zonas Francas no está exenta de impuesto de Industria y comercio en la ciudad de Santiago de Cali de acuerdo a el acuerdo municipal número 35 de 1985 y demás normas aplicables.

---

[3] Se adjunta como Anexo 6.